

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2020

No. 04-20-00135-CV

**IN THE INTEREST OF J.O.H.**, R.F.B., H.R., J.J.R., and M.L.D.L., Children,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00260
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On February 27, 2020, the trial court signed an interlocutory order terminating Appellant's rights to her children. On March 3, 2020, Appellant Mom filed a notice of appeal.

The Texas Family Code authorizes appeal of a final order terminating a parent's rights to their child in accordance with "the procedures for accelerated appeals in civil cases under the Texas Rules of Appellate Procedure." TEX. FAM. CODE ANN. § 263.405(a).

Generally, "an appeal may be taken only from a final judgment. A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). "There is no provision for interlocutory appeal of an order denying a termination petition; we do not have jurisdiction over such interlocutory orders." *In re C.M.*, No. 01-15-00830-CV, 2016 WL 1054589, at *5 (Tex. App.—Houston [1st Dist.] Mar. 17, 2016, no pet.) (mem. op.) (citing TEX. CIV. PRAC. & REM. CODE ANN. § 51.014).

We ORDER Appellant to show cause within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellant does not timely file written proof as ordered, this appeal will be **dismissed without further notice**. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2020.

Michael A. Cruz, Clerk of Court